# Summons

## Collection Information Statement

In the matter of  MARK S BALBIRER
Internal Revenue Service *(Identify Division)* Small Business / Self Employed
Industry/Area *(Identify by number or name)* Small Business / Self Employed - Area 23
Periods: ENDING DEC 31, 2001, DEC 31, 2002, DEC 31, 2004, DEC 31, 2005, DEC 31, 2006

The Commissioner of Internal Revenue

To: MARK S BALBIRER
At: 4851 ROTHSCHILD DRIVE, CORAL SPRINGS, FL 33067

You are hereby summoned and required to appear before R. SHAW, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From JULY 1, 2009 To MAY 31, 2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

300 LOCK ROAD, DEERFIELD BEACH, FL 33442-3801 - (954)725-1631

Place and time for appearance: At 7850 SW 6TH COURT, COLL GROUP 2000, PLANTATION, FL 33324

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the 17th day of June, 2010 at 8:00 o'clock A m.

Issued under authority of the Internal Revenue Code this 27th day of May, 2010

R. SHAW
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

Exhibit A-1

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5-27-10 | 12:40 pm |

**How Summons Was Served**

[x] I handed an attested copy of the summons to the person to whom it was directed.

[ ] I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

| Signature | Title |
|---|---|
| R Shaw | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| R Shaw | Revenue Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)